UNITED STATES of America, Plaintiff—Appellee,

v.

Omar Osvaldo ROLDAN–PALACIOS, Defendant—Appellant.

No. 00–10438.

D.C. No. CR–00–00079–ACK.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM[2]

Omar Osvaldo Roldan–Palacios appeals the judgment of conviction and his 46 month sentence following his guilty plea to a single count of being a deported alien found in the U.S. in violation of 8 U.S.C. § 1326. Roldan–Palacios contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) on the basis of a prior conviction for an aggravated felony that was not charged in the indictment, submitted to a jury, and proved beyond a reasonable doubt. Roldan–Palacios also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by this court's recent decision in *United States v. Pacheco–Zepe-*

da, 234 F.3d 411 (9th Cir.2000), *amended* (Feb.8, 2001) (order).

AFFIRMED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

